UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

UNITED STATES OF AMERICA

-against-

Pedro Narvaez

-------------------------------------x

ORDER

95 Cr 941 -03 (LAP)
Docket #

Loretta A. Preska, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, Florian Miedel is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC October 14, 2020

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

10/22/20
Dated: New York, New York