

December 9, 2020

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **RE:** ***United States v. Pedro Narvaez***
           ***United States v. Antonio Feliciano***
           ***United States v. John Muyet***
           **95-Cr-941**

Dear Judge Preska:

  In October 2020, the Court appointed me to represent Pedro Narvaez in connection with his petition pursuant to 28 U.S.C. § 2255, currently pending before this Court. At about the same time, the Court appointed Bobbi Sternheim to represent co-defendant Antonio Feliciano, and Jeffrey Pittell to represent co-defendant John Muyet in connection with their § 2255 petitions. The Court set a briefing schedule, with petitioner supplemental briefs to be due on December 11, 2020.

  With the consent of the government, Ms. Sternheim, Mr. Pittell, and I respectfully request an extension of the briefing schedule. This case concerns a trial that occurred in the mid-1990s. None of the necessary documents are electronically available. We have to this point obtained some, but not all, of the relevant documents. Furthermore, the trial record in this case is 5000 pages, which will require additional time to analyze. Accordingly, the parties propose the following new briefing schedule:

- Defense Supplemental Briefs, due January 29, 2021
- Govt. Response, due March 12, 2021
- Defense Reply, due March 26, 2021

  Thank you for your consideration.

```
The briefing schedule proposed
above is approved.
SO ORDERED.

Dated:    December 10, 2020
          New York, New York
```

Sincerely,

/s/ LORETTA A. PRESKA, U.S.D.J.

Florian Miedel
*Counsel for Pedro Narvaez*

Cc: All counsel